# COMPLAINT

### (for non-prisoner filers without lawyers)

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED

2025 DEC 19 P 2: 52

CLERK OF COURT

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff(s))

Sequoya

Maryiah

Richard

v.

(Full name of defendant(s))

USA Truck ,Inc.

and

Db Schenker USA ,Inc.

Case Number:

**25-C 2001**

(to be supplied by Clerk of Court)

---

A.   PARTIES

1.   Plaintiff is a citizen of Wisconsin _____ and resides at
              (State)

1840 N. Farwell Ave #713 Milwaukee, WI 53202
                    (Address)

(If more than one plaintiff is filing, use another piece of paper.)

2.   Defendant Usa Truck Inc. _____
                                          (Name)

is (if a person or private corporation) a citizen of Arkansas

(State, if known)

and (if a person) resides at n/a

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for n/a

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.     STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.     Who violated your rights;
2.     What each defendant did;
3.     When they did it;
4.     Where it happened; and
5.     Why they did it, if you know.

Plaintiff engaged in protected activity by reporting sexual misconduct, inappropriate sexual comments by a supervisor, harassment, retaliation, safety concerns, and wage irregularities. Shortly thereafter, Defendants subjected Plaintiff to escalating retaliation, including removal from her position, withholding wages, issuing coercive ultimatums, mishandling investigations, interfering with benefits, and ultimately terminating her employment.

Plaintiff Sequoya Richard is a Wisconsin resident and former truck driver employed by Defendants.

Defendant USA Truck, Inc. is an employer within the meaning of Title VII and the FLSA.

Defendant DB Schenker USA, Inc. is a multinational logistics company that owned, controlled, and/or operated the worksite where Plaintiff was assigned and exercised joint control over Plaintiff's employment.

FACTUAL ALLEGATIONS

Plaintiff began employment with Defendants in September 2023 and in January 2025 accepted a local driving assignment at the ABB / DB Schenker facility in New Berlin, Wisconsin.

Plaintiff performed her duties satisfactorily and had no performance issues prior to the involvement of an onsite supervisor named Heather.

Heather supervised the drivers assigned to the ABB account and interacted with warehouse personnel at multiple DB Schenker facilities.

During Plaintiff's employment, Heather made sexually inappropriate and explicit comments toward male employees and discussed Plaintiff in a sexualized manner, implying Plaintiff was "flirty" or unprofessional.

These remarks created workplace gossip, damaged Plaintiff's professional reputation, and made the work environment hostile and unsafe.

On or about April 5–6, 2025, Heather falsely accused Plaintiff of avoiding a delivery due to flirting. Management later confirmed the accusation was untrue and that the delivery decision was made by management, not Plaintiff.

Heather maintained close personal relationships with Plaintiff's driver manager (Danielle) and site manager (Buddy), creating a conflict of interest in handling complaints.

In June 2025, Plaintiff reported Heather's conduct and related retaliation to Human Resources, engaging in protected activity under Title VII and Wisconsin law.

HR failed to investigate adequately, failed to follow up with Plaintiff, and took no corrective action.

After Plaintiff's protected complaints, Defendants removed Plaintiff from her ABB assignment without explanation, ignored written requests for clarification, and excluded Plaintiff from communications.

Plaintiff also witnessed two male temporary workers terminated after interacting with Plaintiff; those workers had been subjected to similar sexually inappropriate conduct by Heather.

Beginning after Plaintiff's complaints, Defendants withheld wages and issued irregular payments, including:

failure to pay a full day on July 4, 2025 despite Plaintiff being a daily-rate employee;

failure to pay for full pay periods ending July 18 and July 25, 2025;

failure to pay wages for September 1–3, 2025, Plaintiff's final days of employment.

Despite repeated notifications to HR and payroll, these wage issues were not corrected.

Plaintiff sought assistance from Defendants' internal Whistleblower Compliance Network, which referred her back to HR, resulting in no independent review.

On September 3, 2025, Defendants terminated Plaintiff's employment.

After termination, Defendants failed to confirm Plaintiff's separation to benefits administrators, interfering with Plaintiff's access to retirement funds and benefits.

The close temporal proximity between Plaintiff's protected activity and the adverse actions establishes retaliation.

Defendants employ well over 100 employees, satisfying statutory thresholds for Title VII liability.

CLAIMS FOR RELIEF-
COUNT I – Title VII Retaliation and Hostile Work Environment
COUNT II – Wisconsin Fair Employment Act
COUNT III – Wage Violations
COUNT IV – Retaliatory Discharge (Public Policy)
COUNT V – Negligent Supervision and Retention
Defendants USA Truck, Inc. and DB Schenker USA, Inc., through their supervisors and management, violated Plaintiff's federal and state employment and wage-protection rights.
Plaintiff possesses documentary evidence, including emails, payroll records, employment verification records, and witness statements, which will be produced in discovery. EEOC Notice of right to sue letter,as well as, another piece of paper labled "additonal dependents" are attached.

C. JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ _____.

D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

Plaintiff respectfully requests that the Court enter judgment in her favor and award:

Back Pay & Lost Wages for all unpaid periods,

Front Pay, Compensatory Damages, Punitive Damages, Liquidated Damages,

All Available Wisconsin Statutory & Tort Damages (including

negligent supervision, negligent retention, emotional distress, and retaliation),

Injunctive Relief,

Attorney's Fees and Costs, to be paid by Defendant, and

Any other relief deemed just and proper.

E. JURY DEMAND

I want a jury to hear my case.

☒ – YES          ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this ___18th___ day of _____December_____ 20_____.

Respectfully Submitted,

_Sequoya M. Richard, Pro Se_   Verified by pdfFiller 12/18/2025
Signature of Plaintiff

414-403-3089
Plaintiff's Telephone Number

sequoyarichard@gmail.com
Plaintiff's Email Address

2525 W. Roosevelt Dr.

Milwaukee, Wisconsin 53209
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.